## THIRD DEPARTMENT, FEBRUARY, 1952.

### (February 5, 1952.)

In the Matter of RICHARD H. KNAUF, Appellant, against SEDDIE E. DWYER et al., Constituting the Board of Elections of Broome County, et al., Respondents.

Foster, P. J., Heffernan, Brewster and Coon, JJ., concur; Bergan, J., taking no part.

### (February 19, 1952.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND O'KEEFE, ANTONIO ROMEO, LOUIS DIMBRO, JOSEPH BANOVIC, Alias "BINGO JOE", KEISER JOSEPH, Alias "MUSHY KEISER", DEMETRIUS SARACENO, SIDNEY GOODSITE, Alias "SHIMMY", MARTIN MONDOLFI, LOUIS FIATO and JOSEPH CAPALACES, Appellants, et al., Defendants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *post*, p. 881.]